## George P. Van Cleave, Appellant, v. P. H. Fitzsimmons and Katie E. Knox, Appellees.

### (Not to be reported in full.)

Appeal from the County Court of Macon county; the Hon. O. W. Smith, Judge, presiding. Heard in this court at the April term, 1915. Reversed and remanded with directions. Opinion filed October 13, 1915.

### Statement of the Case.

Action by George P. Van Cleave, plaintiff, against P. H. Fitzsimmons and Katie E. Knox, defendants, on two promissory notes. A judgment by confession had originally been taken in vacation, but at a later term of court, on motion of defendants, the judgment was opened up and defendants given leave to plead. From a judgment in favor of defendants after overruling of a demurrer to a special plea, plaintiff appeals.

Redmon & Hogan, for appellant.

J. C. Lee, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

### Abstract of the Decision.

1. Usury, § 47*—*how to be pleaded.* It is not sufficient to plead in general terms that a transaction is usurious, but the facts constituting the usury must be set forth.

2. Usury, § 48*—*when insufficiently pleaded.* In an action on two promissory notes, a special plea averring that the supposed promissory notes in said declaration mentioned were for the payment of interest at a greater rate than is allowed by law, that they were not taken nor received by the plaintiff in the usual course of trade, and that the plaintiff, at the time he received the said notes under the indorsement thereof to him, well knew the consideration of the making, executing and delivering of the same, *held* insufficient as a plea of usury.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.